IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      **Plaintiff,**<br><br> vs.<br><br>**CLEOPHUS COLLIER,**<br><br>      **Defendant.** | 4:24CR3067<br><br>ORDER |

  Plaintiff has moved to continue the response deadline with regard to defendant's motion to suppress (Filing No. 20). The motion to continue (Filing No. 23) is unopposed. The Court finds good cause has been shown and the motion should be granted. Accordingly,

  **IT IS ORDERED:**

1. Plaintiff's motion to continue, (Filing No. 23), is granted.

2. On or before December 27, 2024, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

3. On or before January 3, 2025, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4. On or before January 10, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **January 17, 2025, at 9:15 a.m.** Counsel for all parties shall use the conferencing instructions at Filing No. 13 to participate in the call.

Dated this 25th day of November, 2024.

                BY THE COURT:

                *s/ Jacqueline M. DeLuca*
                United States Magistrate Judge