IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLEOPHUS COLLIER,<br><br>    Defendant. | 4:24CR3067<br><br>**ORDER** |

  Defendant has moved to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No. 36), because Defendant needs additional time to submit an objection. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds good cause and that the motion should be granted. Accordingly,

  IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 36), is granted.

2) Any Objection to the Magistrate Judge's Findings and Recommendation shall be filed on or before June 9, 2025.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in speedy trial. Any additional time arising as a result of the granting of the motion, that is, the time between today's date and June 9, 2025 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

  Dated this 8th day of May, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

4:24-cr-03067-SMB-JMD  Doc # 37  Filed: 05/08/25  Page 2 of 2 - Page ID # 163