IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  4:24CR3067 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CLEOPHUS COLLIER | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for plaintiff notified the court on 5/28/2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits from Motion to Suppress held 2/26/2025

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   May 28, 2026

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge